SAMUEL N. ALEXANDER, Respondent, v. WILLIAM J. HAUSER, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

ANNETTA LUYTEN, as Administratrix, etc., of JACOBUS LUYTEN, Deceased, Respondent, v. THE DELAWARE AND HUDSON RAILROAD CORPORATION, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

BEATRICE P. TRENKMAN, Respondent, v. CLAIR SMITH, Appellant, Impleaded with Another.— Order modified by striking out provision for appointment of a referee, and as so modified affirmed, with ten dollars costs and disbursements to the respondent. No opinion. The date of the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

ALAN A. GERSTEL, Respondent, v. THE DEGLET NOOR DATE GROWERS ASSOCIA- TION, Appellant.— Order modified by reducing attachment to the sum of $12,000, and as so modified affirmed, with ten dollars costs and disbursements to the appel- lant. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

ATTICA REALTY CO., INC., Respondent, v. CAROLINE TOBIA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

WILLIAM J. FOX, Appellant, v. NATIONAL BELLAS HESS CO., INC., Respondent. — Order so far as appealed from affirmed, with ten dollars costs and disburse- ments. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

JOSEPH H. MURPHY, Appellant, v. GREYLOCK RIBBON AND CARBON COMPANY, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and dis- bursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

GUSSIE DOCTOROW, Substituted for SAMUEL SCHWARTZ, Respondent, v. BENJAMIN SILVER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Arbitration between J. L. DEBALL & COMPANY SUCCESSORS, LTD., Respondent, v. ROYAL TEXTILE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Mer- rell, McAvoy, Martin and O'Malley, JJ.

ANNA SCHEIDERMAN v. 179 BAY THIRTY-FIRST STREET CORPORATION and Others, Impleaded with SADIE BAILEY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

CREST-DUO, INC., and Others v. THE LEONARDO COMPANY, INC., and Others. — Motion to dismiss appeal denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of Proving the Last Will and Testament of CAMILLE PEDARO, Deceased.—Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.